**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                              Case No. 11-20129
                                                                           11-20066

D-10 VERNON NELSON RICH, et al.,

    Defendants.
                                                        /

**ORDER FOR SUPPLEMENTAL BRIEFING**

Before the court is a request for oral argument, filed by Defendant Vernon Rich, in which he asks the court to schedule his "Motion for Revocation of Order of Detention" for oral argument. The motion states that "[c]ounsel would like to be able to address key points that have been sworn to by the Government personnel, which the Court may deem relevant to the determination it needs to make on whether Mr. Rich should continue to be detained." (Request at 3.) The court invites the further information Defendant seeks to present, but at this point no need for in-court argument is identified. Accordingly,

IT IS ORDERED that, by **January 30, 2013,** Defendant Rich is DIRECTED to supplement his most recent brief in support of oral argument with a filing, under seal, that provides additional details and whatever the specifics may be of the key points highlighted in his pending motion.

The Government is DIRECTED to file its response, also under seal, by **February 4, 2013**.

Should the court decide to call for oral argument, the hearing will occur on **February 7, 2013 at 4:00 p.m.** Counsel shall receive notification by the close of business on February 6, 2013 as to the decision on oral argument.

                                        s/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: January 28, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 28, 2013, by electronic and/or ordinary mail.

                                        s/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522