UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff,

v.                                       Case No. 2:11−cr−20129−RHC−MAR
                                       Hon. Robert H. Cleland

Vernon Nelson Rich, et al.,

           Defendant(s),

## NOTICE TO APPEAR

    The following defendant(s) are hereby notified to appear:  Vernon Rich, John Riede, Victor Castano, Michael Rich, Raymond Melioli, Timothy Downs, Smiley Villa, Dean Jakiel, Salvatore Battaglia, Wayne Werth, Christopher Cook

    The defendant(s) shall appear before District Judge Robert H. Cleland at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 707, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  December 12, 2014 at 01:30 PM

    **ADDITIONAL INFORMATION:**   ATTORNEYS ONLY − − − DEFENDANTS NEED NOT APPEAR

## Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/L. Wagner
                                                             Case Manager

Dated:   November 20, 2014